**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2381**

———————

MICHAEL J. SINDRAM,

Plaintiff - Appellant,

versus

COLUMBIA UNION COLLEGE,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Frederic N. Smalkin, Chief District Judge.
(CA-01-2954-S)

———————

Submitted:  February 14, 2002      Decided:  February 21, 2002

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael J. Sindram, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Sindram appeals the district court orders denying his motion for a temporary restraining order, holding his motion for a preliminary injunction until a response was received by the defendant and denying his motion for reconsideration. We dismiss the appeal for lack of jurisdiction because the orders are not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C.A. § 1291 (West 1993 & Supp. 2001), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (West 1993 & Supp. 2001); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders here appealed are neither final orders nor appealable interlocutory or collateral orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2